IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARD FRANCIS WEAVER,<br><br>        Petitioner,<br><br>   vs.<br><br>Vincent Cullen, as Warden of San Quentin State Prison,<br><br>        Respondent. | Case No. 1:02-cv-05583-AWI<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S SECOND REQUEST TO EXTEND THE DUE DATE FOR HIS PHASE III BUDGET AND CONTINUE THE PHASE III CMC<br><br>CMC DATE: August 2, 2010 VACATED<br>NEW DATE: August 24, 2010<br>TIME: 1:30 p.m.<br>Courtroom Two |

On July 20, 2010, Petitioner Ward Frances Weaver ("Weaver") requested a 14-day extension for filing his partial Phase III budget and continuing the case management conference ("CMC") with respect to the litigation of Claims 1 and 2 of his Petition. The request is unopposed.

FOR GOOD CAUSE SHOWN, the CMC currently scheduled for August 2, 2010 at 3:00 p.m. is continued to August 24, 2010 at 1:30 p.m., with Weaver's counsel assuming the responsibility for arranging and initiating the call. Weaver's counsel shall submit the proposed Phase III Budget and Case Management Plan for filing under seal no later than 2:00 p.m. on July 30, 2010. At the CMC, the parties shall be prepared to discuss a briefing schedule as described in the June 2, 2010 order initiating the Phase III case management plan. (Doc. 121).

IT IS SO ORDERED.

DATE:  July 21, 2010               /s/ Anthony W. Ishii
                                                                    Anthony W. Ishii
                                                   United States District Judge