# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARD FRANCIS WEAVER, JR., <br><br>Petitioner, <br><br>v. <br><br>KEVIN CHAPPELL, AS WARDEN OF SAN QUENTIN CALIFORNIA STATE PRISON, <br><br>Respondent. | Case No. 1:02-cv-05583-AWI-SAB <br><br>**DEATH PENALTY CASE** <br><br>ORDER SETTING EX PARTE HEARING RE MOTION TO VACATE APPOINTMENT OF COUNSEL |

On May 14, 2014, Petitioner's counsel filed a Motion to Vacation Appointment of Counsel. The Court sets a telephonic conference on the motion to be held on Tuesday, June 3 at 10:00 a.m. before Magistrate Judge Stanley A. Boone.

Hearing will be held ex parte with Petitioner's counsel only.

There is no need for Respondent to file a response, unless Respondent objects or wishes to be heard on Petitioner's request and/or this portion being held ex parte. If Respondent does, Respondent shall file any objection by 4:00 pm., Monday, June 2, 2014.

The toll-free teleconference number is (877) 336-1280 and counsel is directed to contact Courtroom Deputy Mamie Hernandez for the teleconference code.

IT IS SO ORDERED.

Dated:  **May 30, 2014**

UNITED STATES MAGISTRATE JUDGE

1