# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARD FRANCIS WEAVER, JR.,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, AS WARDEN OF SAN QUENTIN CALIFORNIA STATE PRISON,<br><br>Respondent. | Case No.  1:02-cv-05583-AWI-SAB<br><br>**DEATH PENALTY CASE**<br><br>ORDER SETTING FURTHER EX PARTE HEARING RE MOTION TO VACATE APPOINTMENT OF COUNSEL |

On May 14, 2014, Petitioner's counsel filed a Motion to Vacation Appointment of Counsel.  A telephonic hearing was held on June 3, 2014.  As discussed during the hearing, a further telephonic conference is set for Monday, June 16, 2014, at 10:00 a.m.  Hearing will be held ex parte with Petitioner's counsel only.

Counsel is to call the toll-free teleconference number of (877) 336-1280 to participate in the hearing and is directed to contact Courtroom Deputy Mamie Hernandez for the teleconference code if necessary.

IT IS SO ORDERED.

Dated:   **June 4, 2014**

UNITED STATES MAGISTRATE JUDGE