# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARD FRANCIS WEAVER, JR., | Case No.  1:02-cv-05583 AWI-SAB |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER SETTING BRIEFING SCHEDULE FOR UNSCHEDULED CLAIMS |
| KEVIN CHAPPELL, Warden of San Quentin State Prison, | |
| Respondent. | |

This matter is before the Court on the parties' July 14, 2015 joint statement regarding briefing of claims not covered by the Court's March 24, 2014 order.

On May 17, 2002, Petitioner commenced this proceeding under 28 U.S.C. § 2254 by filing a combined request for appointment of counsel and temporary stay of execution. Petitioner filed his federal petition on May 5, 2003.  Petitioner filed an amended federal petition on September 1, 2009, which became the operative pleading following summary denial of exhaustion claims pending in state court.  Respondent answered the amended petition on March 30, 2010.

On March 24, 2014, this Court denied claims 1 and 2 on the merits, and ordered further briefing on therein noted issues of deficient performance by trial counsel and juror misconduct. (See ECF No. 162 at 118:11-16.)  On September 4, 2014, the Court issued an order scheduling briefing of the issues noted in the March 24, 2014 order.

On April 24, 2015, the Court ordered the parties to meet and confer and file a joint statement regarding briefing of the remaining claims, i.e., those not covered by the March 24, 2014 order.

The Court has reviewed the parties' July 14, 2015 joint statement (ECF No. 195) and sets the following schedule for all claims not covered by the Court's March 24, 2014 order, provided the Court will address merits prior to procedural defenses and retroactivity under Teague v. Lane, 489 U.S. 288 (1989).

It is HEREBY ORDERED that:

1.   By November 15, 2016, Petitioner shall file a memorandum of points and authorities which substantively addresses full scope merits briefing under 28 U.S.C. § 2254 in support of each claim in the amended petition not covered by the Court's March 24, 2014 order, including applicable 28 U.S.C. § 2254(d) standard(s) and the impact of the Supreme Court's decision in Cullen v. Pinholster, 131 S. Ct. 1388 (2011).

2.   By May 15, 2017, Respondent shall file a memorandum of points and authorities in opposition.  That opposition shall include any assertion by Respondent that claims are barred by the procedural default doctrine and/or retroactivity under Teague.

3.   By September 15, 2017, Petitioner shall file any reply memorandum of points and authorities.

4.   By December 15, 2017, Petitioner shall file any motion for discovery, expansion of the record, and/or evidentiary hearing.

5.   By February 15, 2018, Respondent shall file any opposition to Petitioner's motion for discovery, expansion of the record and/or evidentiary hearing.

1      6.      By April 16, 2018, Petitioner shall file any reply to Respondent's opposition.

2

3    IT IS SO ORDERED.

4    Dated:   **July 29, 2015**

                                              UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28