UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARD FRANCES WEAVER, Jr., | Case No. 1:02-cv-05583-AWI-SAB |
| Petitioner, | DEATH PENALTY CASE - CLOSED |
| v. | ORDER RE SELECTION OF REPLACEMENT APPOINTED COUNSEL |
| RON BROOMFIELD, Acting Warden, San Quentin State Prison, | |
| Respondent. | |

This matter, on appeal to the Ninth Circuit Court of Appeals from the judgment entered in this Court on September 20, 2021 (Ninth Circuit Case No. 21-99010), is before the Court on the Circuit Court's November 22, 2021 order granting the motion of appointed counsel Karen Schryver and Timothy Foley to be relieved as counsel of record and for substitution of new counsel. (See ECF No. 225.) The Circuit Court directed the Court to locate replacement appointed counsel. (Id.)

Accordingly, the matter is referred to the Selection Board for the Eastern District of California for recommendation of suitable counsel, with consideration to be given the Sacramento Office of the Federal Public Defender. (Id.); see also 18 U.S.C. § 3599(a)(2); Rule 191(c), Local Rules of Practice for the United States District Court, Eastern District of California.

Assistant Federal Defender David Harshaw shall submit the Board's recommendation of counsel to the Court under seal by emailing it to ApprovedSealed@caed.uscourts.gov, promptly upon issuance.

The Clerk of the Court is directed to serve copies of this order on counsel for the parties and David Harshaw, Assistant Federal Defender, 801 I Street, Third Floor, Sacramento, CA 95814, (Email) david_harshaw@fd.org.

IT IS SO ORDERED.

Dated:   **November 29, 2021**

UNITED STATES MAGISTRATE JUDGE